UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

WILLIE JAMES MACON                               CIVIL ACTION

VERSUS                                           NO. 17-3548

BP EXPLORATION &                                 SECTION M (2)
PRODUCTION, INC., *et al.*

## ORDER

Before the Court is plaintiff's motion to disqualify the undersigned (R. Doc. 59). After plaintiff filed the motion, he filed a notice of appeal from a final judgment, which divested this Court of jurisdiction to act in this case, except to aid the appeal, correct clerical errors, or enforce its judgment. *Ross v. Marshall*, 426 F.3d 745, 751 (5th Cir. 2005). Because a motion to recuse a judge does not fall into one of these categories, this Court lacks jurisdiction to address the merits of the recusal motion. *McCoy v. Stephens*, 561 F. App'x 432 (5th Cir. 2014). Accordingly,

IT IS ORDERED that the motion is DENIED without prejudice.

New Orleans, Louisiana, this 12th day of July, 2022.

BARRY W. ASHE
UNITED STATES DISTRICT JUDGE